"UNITED STATES DISTRICT COURT"
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"Pro Se"

RANDY A. HART,
#2138649 W/M
Plaintiff,

VS.

AUBURNDALE POLICE DEPARTMENT [IN] POLK COUNTY, FL.;
Defendants.

8:22cv 250 CEH-AAS

CASE NUMBER:
To Be Set.

28 U.S.C. § 1367(a)(Supp. III 1991)

"CIVIL RIGHTS COMPLAINT"
42 U.S.C. § 1983

> To succeed on claim for violation of civil rights under civil rights statute, plaintiff must show that officials, acting under color of state law, deprived plaintiff of right guaranteed them by Constitution or laws of United States. 42 U.S.C.A. § 1983.

> Federal Courts sit not to supervise prisons but to enforce constitutional rights of all "persons",

C/File

> 28 U.S.C. § 1367(a)(Supp. III 1991).

including prisoners.

\* > The district court exercised its supplemental jurisdiction over state law claims of false arrest, battery, and defamation. See: 28 U.S.C. § 1367(a)(Supp. III 1991).

\* > The defendants acted in bad faith, with a malicious purpose, in a manner exhibiting wanton and willful disregard for human rights, safety or property. See: chapter 768.28 (9)(a), F.S.
See: Case No.# 8:13-CV-2533-T-30 MAP. See the "REVIEW OF DOCUMENTS" This Honorable Court at www.flmd.uscourts.gov (FALSE ARREST).
(FACE OF THE RECORD).

> Cause of action exists under Eighth Amendment. CRUEL AND UNUSUAL PUNISHMENT, U.S. Constitution. U.S.C.A. Const. Amend. 8

C/File

> 42 U.S.C. § 1983

> Allegations of Pro Se Complaint of prisoner, seeking to recover damages for claimed injuries are in the amount of Twenty (20) Million dollars.

> Allegations such as those asserted by plaintiff, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. \*See: Case no.# 8:13-cv-2533-T-30MAP, REVIEW OF DOCUMENTS. (FALSE ARREST).

> Plaintiff request to proceed in forma pauperis. Plaintiff is indigent for this Cause. "Jail Records."

Thank You.

Randy Allen Hart #2138649/PRO SE \*
Randy Allen Hart #2138649/PRO SE \*

> POLK COUNTY JAIL/South COUNTY.
2390 Bob Phillips Road.
Bartow, Florida. 33830
January 23, 2022

\* Sheriff: Grady Judd
\* LT. Rudolph
\*\*\* 28 U.S.C. § 1915(g)

C/File